IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–01734–EWN

QUN ZHANG,

    Plaintiff,

v.

ALBERTO R. GONZALES, United States Attorney General,
MICHAEL CHERTOFF, Secretary, Department of Homeland Security,
EMILIO T. GONZALEZ, Director, Denver District Office, U.S. Citizenship and Immigration Services,
ROBERT S. MUELLER, III, Director, Federal Bureau of Investigations,

    Defendants.

---

**ORDER GRANTING MOTION TO DISMISS
BY STIPULATION OF THE PARTIES**

---

Pursuant to the Motion to Dismiss by Stipulation filed by the parties, it is accordingly

ORDERED, ADJUDGED and DECREED that this action is dismissed with prejudice with each party to pay its own costs and attorneys' fees.

DATED this 18th day of October, 2006.

                                        BY THE COURT:

                                        s/ Edward W. Nottingham
                                        United States District Judge